■ FRANCIS A. CAMPANO et al., Respondents, v MARY A. SCHERER, Also Known as MARY SCHWARZ, Appellant, et al., Defendant.—Appeal from an order of the Supreme Court at Special Term, entered March 8, 1977 in Washington County, which modified an earlier judgment of the same court, entered September 27, 1974 (see *Campano v Scherer*, 49 AD2d 642, mod 51 AD2d 821). Order affirmed, with costs. No opinion. Sweeney, J. P., Kane, Staley, Jr., Larkin and Herlihy, JJ., concur.